UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ALAN DUNHAM,

       Petitioner,                                           Case No. 1:06-CV-169

v.                                                        Hon. Richard Alan Enslen

MARY BERGHUIS,

       Respondent.
_____/

**FINAL ORDER
APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 3, 2008 (Dkt. No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Petitioner's Petition For Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED that a certificate of appealability is denied as to <u>each</u> issue raised by petitioner.**

Dated in Kalamazoo, MI:                              /s/Richard Alan Enslen
May 1, 2008                                         Richard Alan Enslen
                                                        Senior United States District Judge